# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 10, 2022

**VIA ECF**

Honorable Katherine Polk Failla  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007



Re: David Zamora, et al v. Tatsu Restaurant LLC, et al  
Docket No.: 21-cv-08807 (KPF)

Your Honor:

Our office represents Plaintiffs in the above-referenced matter. I write, jointly with defense counsel, to respectfully request the Court to grant the parties a short extension of time to submit their settlement agreement ("agreement") for Court approval, from the current deadline of May 11, 2021 to May 18, 2021. This is the first request of its kind. The reason for the within request is that counsel for the parties need additional time to prepare and finalize the settlement agreement and then review same with their respective clients.

The parties thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ *William K. Oates*  
William K. Oates

cc: David B. Feldman, Esq. (via ECF)

```
Application GRANTED.  The parties shall file their agreement on
or before May 18, 2021.  The Clerk of Court is directed to
terminate the pending motion at docket number 32.
```

```
Dated:    May 10, 2022
          New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*