# CSM Legal, P.C.
### Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510                                                     Telephone: (212) 317-1200
New York, New York 10165                                                    Facsimile: (212) 317-1620


May 18, 2022

**<u>VIA ECF</u>**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   David Zamora, et al v. Tatsu Restaurant LLC, et al
        <u>Docket No.: 21-cv-08807 (KPF)</u>

Your Honor:

   Our office represents Plaintiffs in the above-referenced matter.  I write, jointly with defense counsel, to respectfully request the Court to grant the parties a second short extension of time to submit their settlement agreement ("agreement") for Court approval, from the current deadline of today, May 18, 2022 to May 23, 2022.  This is the second request of its kind.  The Court granted the parties' first request.  The parties have been exchanging drafts of the settlement agreement, but need additional time to finalize its terms and then review the settlement agreement with their respective clients.

   The parties thank the Court for its time and consideration of this matter.


          Respectfully Submitted,


          /s/ *William K. Oates*
          William K. Oates

cc:   David B. Feldman, Esq. (via ECF)


*Certified as a minority-owned business in the State of New York*

Application GRANTED.  The parties shall file their agreement on
or before May 23, 2021. The Clerk of Court is directed to
terminate the pending motion at docket number 34.

Dated:      May 19, 2022                SO ORDERED.
            New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE